UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. 2:23-cv-0359-DC-JDP |
| Plaintiff, | |
| v. | ORDER |
| AMAN SAYED DELERY, *et al.*, | |
| Defendants, | |

Motion practice has concluded, and claims remain pending.  The court will hold a status conference on July 30, 2026, at 10:00 a.m.  No later than fourteen days before the conference, the parties shall file status reports discussing: any practical limitations on going to trial at this juncture, proposed dates for the pretrial conference and trial, estimated trial length, and any other measure that would secure speedy and efficient resolution of this case.  Additionally, the parties are directed to complete and file the Consent to Assignment or Request for Reassignment form within seven days of the date of this order.

Accordingly, it is hereby ORDERED that:

1.  A status conference is set for July 30, 2026, at 10:00 a.m.  The conference will be conducted via Zoom.

1

2.  By no later than July 16, 2026, the parties shall file status reports addressing the matters identified above.

3.  The parties shall complete and file the Consent to Assignment or Request for Reassignment form within seven days of the date of this order.

IT IS SO ORDERED.

Dated:    June 18, 2026                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE