UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,

Plaintiff,

v.

AMAN SAYED DELERY, *et al.*,

Defendants.

Case No. 2:23-cv-0359-DC-JDP (PS)

ORDER TO SHOW CAUSE

The court previously issued an order setting a status conference for July 30, 2026 and directing the parties to file status reports by no later than July 16, 2026. ECF No. 53. Plaintiff timely submitted a status report. ECF No. 54. Defendants, however, failed to file their own status report.

Defendants will be ordered to show cause why sanctions should not be imposed for their failure to timely file a status report. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that:

1. The status conference currently set for July 30, 2026, 2026, is continued to August 27, 2026, at 10:00 a.m. The conference will be conducted via Zoom.

2. By no later than August 13, 2026, 2026, defendants file a status report as required by the court's June 18, 2026 order. *See* ECF No. 52.

3. Defendants shall show cause, by no later than August 13, 2026, why sanctions should not be imposed for failure to comply with the court's June 18, 2026 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' answer be stricken and default entered.

IT IS SO ORDERED.

Dated: July 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE